UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: |

JOSEPH MORRISON,

               Plaintiff,

    v.

HEALTHFIRST, INC., HF MANAGEMENT
SERVICES, LLC, KENNETH SCHWARTZ,
and CHRISTER JOHNSON,

               Defendants.

No. 23-cv-1020 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Now pending before the Court is Defendants' motion to dismiss Counts IV and V of the Complaint. *See* Dkt. 11. For reasons that will follow, the motion is granted in its entirety. A conference is hereby scheduled for November 21, 2023, at 11:00 a.m. If that date does not work for either party, the parties shall file a joint letter proposing alternative dates. The conference will occur by phone unless the parties request otherwise. Call-In Number: (888) 363-4749; Access Code: 1015508#.

    It is further ordered that by November 14, 2023, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The proposed case management plan should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on April 1, 2020, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 11.

SO ORDERED.

Dated:   October 31, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge