

# DORF NELSON & ZAUDERER LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

Direct Dial:914.607.5915 · Email: dwarner@dorflaw.com

April 30, 2025

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
Courtroom 20A
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/1/25__

**MEMO ENDORSED**

Re:   *Morrison v. Healthfirst, Inc.* et al.
      1:23-cv-01020-RA

Dear Judge Moses:

We represent the defendants in the above-referenced action and write on behalf of all parties to jointly request that the Court adjourn the Settlement Conference scheduled for May 6, 2025, as the parties have reached an agreement in principle.

We thank the Court for its time and attention to this matter.

Respectfully,

David S. Warner

DSW/cp

cc:   All Counsel of Record (via ECF)

> Application GRANTED. Having been advised that the parties have reached a settlement in principle, the settlement conference currently scheduled for May 6, 2025 is hereby ADJOURNED sine die. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> May 1, 2025

New York | California | New Jersey